1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Keri E. Borders (SBN 194015)
3  *kborders@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, California 90071-1503
   Telephone:    (213) 229-9509
5  Facsimile:    (213) 625-0248

6  *Attorneys for Ghirardelli Chocolate Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA CHESLOW and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GHIRARDELLI CHOCOLATE COMPANY, and DOES 1 THROUGH 10, inclusive.<br><br>Defendants. | Case No. 4:19-cv-07467-PJH<br><br>**STIPULATION AND JOINT REQUEST TO RESET HEARING ON GHIRARDELLI CHOCOLATE COMPANY'S MOTION TO DISMISS** |

1    In accord with Local Civil Rules 6-2, 7-7, and 7-12, Plaintiffs Linda Cheslow and
2  Stephen Prescott and Defendant Ghirardelli Chocolate Company, through their counsel of
3  record, hereby stipulate to and request a resetting of the February 26, 2020 hearing on
4  Ghirardelli's motion to dismiss until March 11, 2020 at 9:00 a.m.

5    WHEREAS, the parties initially stipulated to set the hearing on the motion to dismiss for
6  February 12, 2020 (ECF Nos. 5 and 13);

7    WHEREAS, on January 9, 2020, Plaintiffs' counsel requested a continuance of the
8  February 12 hearing until February 19, 2020, and Ghirardelli's counsel consented to the
9  continuance (ECF Nos. 16 and 17);

10   WHEREAS, on February 5, 2020, the Court *sua sponte* continued the hearing on the
11  motion to dismiss until February 26, 2020 (ECF No. 23)

12   WHEREAS, preexisting and long-standing professional obligations of Ghirardelli's
13  counsel prevent them from attending the hearing on the motion to dismiss on February 26, 2020;

14   WHEREAS, the parties conferred and agreed to reset the hearing until March 11, 2020 at
15  9:00 a.m., a time convenient for Plaintiffs' counsel and Ghirardelli's counsel;

16   WHEREFORE, the parties respectfully stipulate that:

17   - With the Court's approval, the hearing on Ghirardelli's motion to dismiss is set
18     for March 11, 2020, at 9:00 a.m.

19

20  DATED: February 11, 2020                    MAYER BROWN LLP
                                                Dale J. Giali
                                                Keri E. Borders
21

22                                              By:  /s/ Dale J. Giali
                                                     Dale J. Giali
23
                                                *Attorneys for Ghirardelli Chocolate*
24                                              *Company*

25

26

27

28

| | |
|---|---|
| DATED: February 11, 2020 | CLARKSON LAW FIRM, P.C.<br>Ryan J. Clarkson<br>Bahar Sodaify<br><br>By:  /s/ Bahar Sodaify<br>          Bahar Sodaify<br><br>*Attorneys for Plaintiffs* |

**FILER'S ATTESTATION**

In accord with Local Civil Rule 5-1(i)(3), I attest that each signatory consents to this filing's contents and authorizes the filing of this document.

  /s/ Dale J. Giali
      Dale J. Giali