**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Matthew T. Theriault (SBN 244037)
mtheriault@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHESLOW and STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GHIRARDELLI CHOCOLATE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:19-cv-07467-PJH<br><br>**[CLASS ACTION]**<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANT GHIRARDELLI CHOCOLATE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO CIVIL LOCAL RULE 7-3**<br><br>Hon. Phyllis J. Hamilton<br><br>Action Filed:   September 19, 2019<br><br>Hrg. Date:   June 17, 2020<br>Hrg. Time:   9:00 a.m.<br>Courtroom:   5, Second Floor<br>***Matter Taken Under Submission*** |

**OBJECTION**

Ghirardelli Chocolate Company's ("Defendant") purported "notice of supplemental authority" (Dkt. 50) violates Civil Local Rule 7-3(d)(2). The referenced judicial decision (Dkt. 50-1) is not "published." Nor is the pre-amendment decision relevant to Defendant's Rule 12(b)(6) motion to dismiss (Dkt. 43) Plaintiffs' post-amendment pleading curing the prior defect. Plaintiffs, by and through their counsel Ryan J. Clarkson, Shireen M. Clarkson, Matthew T. Theriault, Bahar Sodaify, and Zachary T. Chrzan of Clarkson Law Firm, P.C., hereby OBJECT.

DATED: June 15, 2020

**CLARKSON LAW FIRM, P.C.**

  /s/ *Ryan J. Clarkson*
Ryan J. Clarkson, Esq.
Shireen M. Clarkson, Esq.
Matthew T. Theriault, Esq.
Bahar Sodaify, Esq.
Zachary T. Chrzan, Esq.

*Counsel for Plaintiffs*