UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHESLOW, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GHIRARDELLI CHOCOLATE COMPANY,<br><br>    Defendant. | Case No. 19-cv-07467-PJH<br><br>**JUDGMENT** |

    The issues having been duly heard and the court having granted defendant's motion to dismiss the first amended complaint with prejudice,

    it is Ordered and Adjudged

    that plaintiffs take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 17, 2020

                                            /s/ Phyllis J. Hamilton
                                            PHYLLIS J. HAMILTON
                                            United States District Judge